IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **BRAYAN FELIZ POLANCO**,<br><br>*Petitioner*,<br><br>v.<br><br>**J.L. JAMISON, in his official capacity as Warden of Federal Detention Center, Philadelphia, et al.**,<br><br>*Respondents.* | **Case No. 2:26-cv-00122-JDW** |

## ORDER

**AND NOW**, this 12th day of January, 2026, upon consideration of Petitioner Brayan Feliz Polanco's Petition For Writ Of Habeas Corpus (ECF No. 1) and the Government's Opposition Letter (ECF No. 5), and for substantially the same reasons stated in *Kashranov v. J.L. Jamison*, Case No. 2:25-cv-0555-JDW, 2025 WL 3188399 (E.D. Pa. Nov. 14, 2025), it is **ORDERED** as follows:

1. Mr. Polanco's Petition For Writ Of Habeas Corpus (ECF No. 1) is **GRANTED**;

2. Mr. Polanco is not subject to mandatory detention under 8 U.S.C. § 1225(b)(2), and is instead subject to detention, if at all, pursuant to the discretionary provisions of 8 U.S.C. § 1226(a);

3. The Government shall **RELEASE** Mr. Polanco from custody immediately and **CERTIFY** compliance with my Order by filing on the docket no later than 5:00 p.m. ET on January 13, 2026;

4. The Government is temporarily enjoined from re-detaining Mr. Polanco for seven days following his release from custody;

5. If the Government chooses to pursue re-detention of Mr. Polanco after that seven-day period, then it must first provide him with a bond hearing, at which a neutral immigration judge shall determine whether detention is warranted pending the resolution of his removal proceedings; and

6. Mr. Polanco's Motion For Temporary Restraining Order (ECF No. 4) is **DENIED AS MOOT**.

The Clerk Of Court shall mark this case closed.

**BY THE COURT:**

*/s/ Joshua D. Wolson*
JOSHUA D. WOLSON, J.