**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **Brayan Feliz Polanco,**<br><br>*Plaintiff,*<br><br>v.<br><br>**J.L. Jamison, in his official capacity as Warden, Federal Detention Center, Philadelphia** ***et al.*****,**<br><br>*Defendant.* | **Case No. 2:26-cv-00122-JDW** |

**ORDER**

**AND NOW**, this 3rd day of August, 2026, upon consideration of Brayan Feliz Polanco's Motion For Attorney Fees (ECF No. 8), and for the reasons stated in the accompanying Memorandum, it is **ORDERED** that the Motion is **DENIED.**

**BY THE COURT:**

*/s/ Joshua D. Wolson*
JOSHUA D. WOLSON, J.